IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONIA OLIVER, | : |
| Plaintiff, | : |
| v. | : 3:14-CV-00549 |
| | : (Judge Mariani) |
| SCRANTON MATERIALS, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 5th DAY OF MARCH, 2015, upon consideration of Defendant's Motion to Dismiss, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss (Doc. 10) is **GRANTED IN PART AND DENIED IN PART**, to wit:

    a. The Motion is **DENIED** with respect to Count I.

    b. The Motion is **GRANTED** with respect to Counts II and III.

2. Counts II and III of Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND**.

3. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order in which to submit an amended complaint that corrects the defects cited in the Court's accompanying Memorandum Opinion.

_[signature]_
Robert D. Mariani
United States District Judge