THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TONIA OLIVER,

    Plaintiff,

v.                             3:14-CV-00549
                               (JUDGE MARIANI)

SCRANTON MATERIALS, INC.
/aka/dba/
THE H & K GROUP,

    Defendant.

FILED
SCRANTON
JUN 1 4 2016
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 13th DAY OF JUNE 2016, upon consideration Defendant's Motion For Summary Judgment, (Doc. 32), and all accompanying briefs and exhibits filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion For Summary Judgment is **DENIED** in its entirety.

2. A telephone scheduling conference **SHALL BE CONDUCTED** on **Wednesday June 29, 2016, at 11:00 a.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge