# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
2000 Market Street, Suite 2300 · Philadelphia, PA 19103
(215) 575-2600 · Fax (215) 575-0856

PENNSYLVANIA: Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
NEW JERSEY: Cherry Hill, Roseland
DELAWARE: Wilmington
OHIO: Cincinnati, Cleveland
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK: Long Island, New York City, Westchester

Direct Dial: 215-575-2584
Email: lcdurivage@mdwcg.com

September 9, 2016

**BY ECF**

Honorable Susan E. Schwab
**United States District Court for the
 Middle District of Pennsylvania**
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street, Room 1135
Harrisburg, PA 17101

Re:   Tonia Oliver vs. Scranton Materials, Inc. a/k/a d/b/a "The H&K Group"
      USDC for the Eastern District of PA, Civil Action No. 14-549
      Our File Number: 28750-01528

Dear Judge Schwab:

   As Your Honor is aware, I represent Scranton Crushed Stone, Inc. f/k/a Scranton Materials, Inc. in connection with the above-referenced matter. I am writing on behalf of the parties pursuant to Your Honor's August 29, 2016 Order to advise Your Honor that the parties have exchanged the settlement agreement and anticipate executing it in the next few days. As a result, the parties request that an Order of Dismissal be entered on or after September 16, 2016, dismissing the matter with prejudice and without costs to either party.

   We thank Your Honor for the Court's assistance in this matter and remain available should Your Honor wish to discuss anything with counsel in this regard.

                                    Respectfully yours,

                                    *[signature]*
                                    LEE C. DURIVAGE

cc:   Jamie Ray-Leonetti (by ECF)

LEGAL/106841215.v1